# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

In Re: Amy L. Fairfield, Esq.                Docket No.: 2:24-mc-00298

## ORDER TO SHOW CAUSE

On July 22, 2024, a panel of the Grievance Commission of the Board of Overseers of the Bar ordered Respondent, Amy L. Fairfield, Esq., to a term of probationary practice for a period of six months to commence July 22, 2024. The term of probation was imposed for violations of the Maine Rules of Professional Conduct, including 1.1, 1.3, 3.1(a), 3.4(c), and 8.4(a)(d).

Now, therefore, pursuant to Rule 83.3(c)(3)(B) of the Local Rules of this Court, Amy L. Fairfield, Esq., is directed to file within 14 days of the date of this Order, in strict accordance with the limited bases for such an objection under Local Rule 83.3(c)(6), the reasons why this Court should not impose the identical discipline.

**SO ORDERED.**

**Dated:** July 30, 2024

                                         **/s/ Lance E. Walker**
                                         **CHIEF U.S. DISTRICT JUDGE**