

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101
(207) 780 – 3356

Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, ME 04401
(207) 945 - 0575

July 29, 2024

Dear Attorney Fairfield,

In response to the Stipulated Report of Findings and Order of the Grievance Commission of the Board of Overseers of the Bar, dated July 22, 2024, and pursuant to D. Me. Local R. 83.3(c)(3)(B), please find enclosed this Court's Order to Show Cause, dated July 29, 2024.

Should you have any questions, please contact me at 207-274-5102.

Sincerely,

Eric. M. Storms
Chief Deputy Clerk
Eric_Storms@med.uscourts.gov
207-274-5102